FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2023 JUL 25 PM 4:23

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23CR1150 KG |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon |
| ) | in Possession of a Firearm and |
| ANTONIO ORLANDO ROMERO, ) | Ammunition. |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

On or about September 17, 2022, in Chaves County, in the District of New Mexico, the defendant, **ANTONIO ORLANDO ROMERO**, knowingly possessed a firearm and ammunition, in and affecting commerce, having previously been convicted of at least one felony crime punishable by imprisonment for a term exceeding one year, one year, specifically:

(1) Forgery (two counts),

(2) Breaking and entering, and

(3) Receipt, transportation, or possession of a firearm or destructive device by certain persons,

and knowing that he had been convicted of such a crime.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **ANTONIO ORLANDO ROMERO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to:

c. five rounds of .38 special ammunition and

d. Rohm model 88 caliber .38 Special Revolver; serial number NF5747.

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ signed*

MARIA Y. ARMIJO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304